**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:   **Nathan Anthony Church**                                             CASE NO   **13-18858**

                                                                                                        CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept: | $500.00 |
   | Prior to the filing of this statement I have received: | $500.00 |
   | Balance Due: | $0.00 |

2. The source of the compensation paid to me was:
   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **6a.  Chapter 7 cases, motions or responses to motions if the debtor has selected the flat fee of $500.00.**

   **6b.  Chapter 13 cases, motions, responses to motions, or modifications if the plan is confirmed and the debtor has selected the flat fee of $3000.00.**

   **6c.  Any and/or all adversary proceedings. The debtor must sign a new retainer and will be charged on an hourly basis of $200.00, pluc costs with a minimum retainer of $1,0000.00. Otherwise, the debtor will handle the matter pro se or will hire outside counsel.**

   **6d. Adversary proceeding(s) to recover a preferential transfer, or negotiations to recover preferential transfers, will be handled on a contingency basis - 33% of recovery, if any. If no recovery, no fee.**

   **6e.  Representation in relation to audits by the US Trustee. The debtor will be changed on an hourly basis of $200.00 per hour, plus costs.**

   **6f.  Conversions or Reaffirmations.**

   **6g.  Enforcing a judgment obtained in in an adversary proceeding including judgments to recover a preferential transfer.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:  **Nathan Anthony Church**                                     CASE NO    **13-18858**

                                                                                                    CHAPTER    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **5/21/2013** | **/s/ Sonila Isak, Esq.** |
| Date | *Sonila Isak, Esq.*     Bar No.  29803 |
| | The Isak Law Firm |
| | 808 Baltimore Pike |
| | Bel Air, MD 21014 |
| | Phone: (443) 854-6666 / Fax: (443) 203-4517 |

**/s/ Nathan Anthony Church**

***Nathan Anthony Church***