B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

IN RE:   **Nathan Anthony Church**                                CASE NO   **13-18858**

                                                                 CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Municipal E Cu Baltimo<br>MECU of Baltimore, Inc.<br>Attn. Bankruptcy Dept, 11th fl. 7 Redwoo<br>Baltimore, MD 21202<br>xxxxxxxx9812 | **Describe Property Securing Debt:**<br>2010 Dodge Charger |

Property will be (check one):
  ☑ Surrendered          ☐ Retained

Vehicle was stolen

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
  ☐ Claimed as exempt          ☐ Not claimed as exempt

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Municipal E Cu Baltimo<br>MECU of Baltimore, Inc.<br>Attn. Bankruptcy Dept, 11th fl. 7 Redwoo<br>Baltimore, MD 21202<br>xxxxxxxx1581 | **Describe Property Securing Debt:**<br>2011 Ford Mustang |

Property will be (check one):
  ☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
  ☐ Claimed as exempt          ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# BALTIMORE DIVISION

IN RE:  **Nathan Anthony Church**　　　　　　　　　　　CASE NO  **13-18858**

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐　　　NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **5/21/2013**　　　　　　　　　　Signature  **/s/ Nathan Anthony Church**
　　　　　　　　　　　　　　　　　　　　　　　　　*Nathan Anthony Church*

Date _____　　Signature _____