UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

DIVISION OF BALTIMORE

In re:                                                                                               Case No. 13-18858
                                                                                                         Chapter 7
      Nathan Anthony Church,

              Debtor.

## MOTION TO RECONSIDER ORDER DISMISSING THE CASE

Debtor, Nathan Anthony Church, through her attorney, Sonila Isak, states that:

1. An order dismissing the above captioned case was entered on 5/23/2013, dismissing the case for failure to file an application to pay the filing fee in installments.

2. That the first installment of the filing fee in the amount of $76.50 was received by the court on 5/21/2013.

3. That the debtor filed an application to pay the filing fee in installments on 5/23/2013.

Wherefore, Nathan Anthony Church, respectfully requests that this honorable court vacate the order to dismiss the case and grant this motion.

s/ Sonila Isak____
The Isak Law Firm
Attorney for Debtor in Possession
808 Baltimore Pike
Bel Air, MD 21014
TEL (443) 854-6666
FAX (443) 203-4517
sonila@isaklaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of this application was served electronically on May 23, 2013 on the Trustee, Joseph J. Bellinger via CMECF.

/s/ Sonila Isak
Sonila Isak

Case 13-18858    Doc 16    Filed 05/23/13    Page 2 of 2