

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

**In re:**   **Case No.:**   13−18858 − NVA   **Chapter:**   7

Nathan Anthony Church
62 Barnackle Ct
Essex, MD 21221

## ORDER VACATING ORDER OF DISMISSAL
## FOR FAILURE TO FILE DOCUMENTS

By Order of the Court dated May 23, 2013, the above−captioned case was dismissed for failure to file documents required for timely administration of the case. Debtor(s) having satisfactorily explained the reason(s) for such failure, and the Court finding that it would be in the best interest of the Debtor(s) and parties in interest, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing the above−captioned case is hereby vacated, and the Clerk shall continue with the orderly administration of the case.

cc:   Debtor(s)
      Attorney for Debtor(s) − Sonila Isak
      Chapter 7 Trustee − Joseph J. Bellinger
      U.S. Trustee
      All Creditors

**End of Order**

15.4 − kgrant