

Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   13–18858 – NVA   Chapter:   7

Nathan Anthony Church
62 Barnackle Ct
Essex, MD 21221

### ORDER ON APPLICATION TO PAY IN INSTALLMENTS AND
### DIRECTING DEBTOR TO PAY FILING FEE

   IT IS ORDERED that the debtor(s) shall pay the filing fee in installments according to the following schedule. Payments can be made earlier than the schedule, however, the full amount of the filing fee must be paid before **August 19, 2013** or the case may be dismissed without further notice. If the initial installment was not made at the time of filing the petition, the debtor has fourteen (14) days from the entry of this order to make that first payment.

|  | At Filing | By 6/20/13 | By 7/22/13 | By 8/19/13 |
|---|---|---|---|---|
| **Amount of Installment Chapters 7, 12, and 13** | $76.50 | $76.50 | $76.50 | $76.50 |
| **Amount of Installment Chapter 11** |  |  | – | – |

   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make further payments to an attorney or any other person for services in connection with this case, and the debtor(s) shall not relinquish any property as payment for services in connection with this case.

   cc:   Debtor(s)
         Attorney for Debtor(s) – Sonila Isak
         Chapter 7 Trustee – Joseph J. Bellinger
         U.S. Trustee

**23.10 – *kgrant***

**End of Order**