```
                          United States Bankruptcy Court
                              District of Maryland
In re:                                                          Case No. 13-18858-NVA
Nathan Anthony Church                                           Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0416-1          User: kgrant                Page 1 of 2         Date Rcvd: May 28, 2013
                              Form ID: pdfparty           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2013.
db           +Nathan Anthony Church,    62 Barnackle Ct,    Essex, MD 21221-3029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
             +E-mail/Text: ustpregion04.ba.ecf@usdoj.gov May 28 2013 22:46:58
              Office of The United States Trustee,    101 West Lombard Street,    Suite 2625,
              Baltimore, MD 21201-2668
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2013**              Signature:  _Joseph Speetjens_

```
District/off: 0416-1          User: kgrant              Page 2 of 2                  Date Rcvd: May 28, 2013
                              Form ID: pdfparty         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2013 at the address(es) listed below:

      Joseph J. Bellinger    trustee@offitkurman.com, jjbellinger@ecf.epiqsystems.com
      Sonila  Isak    sonila@isaklaw.com

                                                      TOTAL: 2



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:  13–18858 – NVA    Chapter:  7

Nathan Anthony Church
62 Barnackle Ct
Essex, MD 21221

## ORDER ON APPLICATION TO PAY IN INSTALLMENTS AND DIRECTING DEBTOR TO PAY FILING FEE

  IT IS ORDERED that the debtor(s) shall pay the filing fee in installments according to the following schedule. Payments can be made earlier than the schedule, however, the full amount of the filing fee must be paid before **August 19, 2013** or the case may be dismissed without further notice. If the initial installment was not made at the time of filing the petition, the debtor has fourteen (14) days from the entry of this order to make that first payment.

|  | At Filing | By 6/20/13 | By 7/22/13 | By 8/19/13 |
|---|---|---|---|---|
| **Amount of Installment Chapters 7, 12, and 13** | $76.50 | $76.50 | $76.50 | $76.50 |
| **Amount of Installment Chapter 11** |  |  | – | – |

  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make further payments to an attorney or any other person for services in connection with this case, and the debtor(s) shall not relinquish any property as payment for services in connection with this case.


cc:   Debtor(s)
      Attorney for Debtor(s) – Sonila Isak
      Chapter 7 Trustee – Joseph J. Bellinger
      U.S. Trustee


**23.10 – *kgrant***

### End of Order