Entered: September 20, 2013
Signed: September 20, 2013

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:  13−18858 − NVA    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nathan Anthony Church
*debtor has no known aliases*
62 Barnackle Ct
Essex, MD 21221

Social Security No.:   xxx−xx−2992

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 5/21/13.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Joseph J. Bellinger is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** − *kgrant*

**End of Order**