

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| NATHAN ANTHONY CHURCH | * | Case No.   13-18858 NVA |
| | * | Chapter   7 |
| | * | |
| | * | |
| Debtor(s) | * | |

## ORDER OF RECUSAL
### (CASE)

Having reviewed the pleadings in the above-captioned case, and to avoid any question as to the Court's impartiality, it is, for good cause, by the Court, sua sponte,

ORDERED, that Nancy V. Alquist is recused from presiding over all matters in this case.

cc:   Debtor(s), Counsel - Sonila Isak, Esquire
U.S. Trustee
Trustee

**End of Order**

Recuse-36.1  --  9/24/04