United States Bankruptcy Court
District of Maryland

In re:  
Nathan Anthony Church  
    Debtor

Case No. 13-18858-DER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0416-1     User: kgrant     Page 1 of 1     Date Rcvd: Feb 21, 2014  
                    Form ID: pdfparty    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2014.  
db         #+Nathan Anthony Church,  62 Barnackle Ct,  Essex, MD 21221-3029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
         +E-mail/Text: ustpregion04.ba.ecf@usdoj.gov Feb 21 2014 19:32:53  
           Office of The United States Trustee,  101 West Lombard Street,  Suite 2625,  Baltimore, MD 21201-2668  
                                                                                                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2014                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2014 at the address(es) listed below:  
           Joseph J. Bellinger    trustee@offitkurman.com,  jjbellinger@ecf.epiqsystems.com  
           Sonila  Isak    sonila@isaklaw.com  
                                                                                                                                          TOTAL: 2



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| NATHAN ANTHONY CHURCH | * | Case No.    13-18858 NVA |
| | * | Chapter    7 |
| | * | |
| | * | |
| Debtor(s) | * | |

### ORDER OF RECUSAL
### (CASE)

Having reviewed the pleadings in the above-captioned case, and to avoid any question as to the Court's impartiality, it is, for good cause, by the Court, sua sponte,

ORDERED, that Nancy V. Alquist is recused from presiding over all matters in this case.

cc:   Debtor(s), Counsel - Sonila Isak, Esquire
      U.S. Trustee
      Trustee

### End of Order

Recuse-36.1  --  9/24/04